HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, NORTHWEST IRONWORKERS RETIREMENT TRUST, NORTHWEST FIELD IRONWORKERS ANNUITY TRUST FUND, and NORTHWEST IRONWORKERS & EMPLOYERS APPRENTICESHIP & TRAINING TRUST FUND, <br><br> Plaintiffs, <br><br> v. <br><br> PETERSON REBAR PLACEMENT LLC, Contractors License No. PETERRP857CO, UBI NO 603435547; CORNERSTONE GENERAL CONTRACTORS, INC.; HARTFORD ACCIDENT AND INDEMNITY COMPANY, Payment and Performance Bond No. 34BCSIL8927; and BELLEVUE SCHOOL DISTRICT NO. 405, <br><br> Defendants. | No. 2:24-cv-01139-RSM <br><br> **STIPULATED MOTION TO EXTEND TIME TO ANSWER COMPLAINT** <br><br> **NOTE ON MOTION CALENDAR:** **Friday, September 6, 2024.** |

## I. **MOTION**

Plaintiffs the Boards of Trustees of the Northwest Iron workers Health and Security Fund, Northwest Ironworkers Retirement Trust, Northwest Field Ironworkers Annuity Trust Fund, and

STIPULATED MOTION TO EXTEND
TIME TO ANSWER COMPLAINT
No. 2:24-cv-01139-RSM
- 1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Northwest Ironworkers & Employers Apprenticeship & Training Trust Fund (collectively "Trust Funds" or "Plaintiffs") filed their Complaint in this action on July 29, 2024. Defendants Cornerstone General Contractors, Inc. ("Cornerstone") and Hartford Accident and Indemnity Company, Payment and Performance Bond No. 34BCSIL8927 (collectively "Defendants") received service on August 16, 2024, and their Answer is due September 6, 2024. Plaintiffs and Defendants have agreed to stipulate to additional time for Defendants to respond to Plaintiffs' Complaint. The Parties to this stipulation hereby agree as follows:

## II. **STIPULATION**

Plaintiffs and Defendants hereby stipulate that Defendants' deadline to respond to Plaintiffs' Complaint is extended by twenty (20) days. Accordingly, the deadline for Defendants to file an answer or responsive pleading shall be stayed for twenty (20) days from the date of entry of the Order on this Stipulation. The Parties jointly and respectfully request that the Court enter an order granting this stipulation for an extension.

DATED this 6th day of September, 2024

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.

s/ *Noelle E. Dwarzski*
Noelle E. Dwarzski, WSBA #40041
1325 Fourth Ave., Suite 910
Seattle, WA 98101
(206) 224-9900
Email: noelled@bcmjlaw.com

**Attorneys for Plaintiff Trust Funds**

DORSEY & WHITNEY LLP

s/ *Michael P. Grace*
Michael P. Grace, WSBA #26091
Christian D.A. Ferrin WSBA #54327
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
P: (206) 903-8800
E. grace.michael@dorsey.com
E: ferrin.christian@dorsey.com

**Attorneys for Defendants Cornerstone General Contractors, Inc.; Hartford Accident and Indemnity Company, Payment and Performance Bond No. 34BCSIL8927**

STIPULATED MOTION TO EXTEND
TIME TO ANSWER COMPLAINT
No. 2:24-cv-01139-RSM
- 2

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# ORDER

THIS MATTER came to the attention of the undersigned Judge of the above-titled Court on the Stipulated Motion to Extend Time to Answer Complaint. The Court, having reviewed the records and files herein, and having fully considered the same and found good cause exists therefore:

It is hereby ORDERED, ADJUDGED, and DECREED that Defendants Cornerstone General Contractors, Inc. and Hartford Accident and Indemnity Company, Payment and Performance Bond No. 34BCSIL8927's deadline to respond to the Complaint shall be extended and stayed for a period of twenty (20) days.

DATED this 9th day of September, 2024.

  
_____  
RICARDO S. MARTINEZ  
UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| BARLOW COUGHRAN<br>MORALES & JOSEPHSON, P.S.<br><br>s/ *Noelle E. Dwarzski*<br>Noelle E. Dwarzski, WSBA #40041<br>1325 Fourth Ave., Suite 910<br>Seattle, WA 98101<br>(206) 224-9900<br>Email: noelled@bcmjlaw.com<br><br>***Attorneys for Plaintiff Trust Funds*** | DORSEY & WHITNEY LLP<br><br>s/ *Michael P. Grace*<br>Michael P. Grace, WSBA #26091<br>Christian D.A. Ferrin WSBA #54327<br>Columbia Center<br>701 Fifth Avenue, Suite 6100<br>Seattle, WA 98104-7043<br>P: (206) 903-8800<br>E. grace.michael@dorsey.com<br>E: ferrin.christian@dorsey.com<br><br>***Attorneys for Defendants Cornerstone General Contractors, Inc.; Hartford Accident and Indemnity Company, Payment and Performance Bond No. 34BCSIL8927*** |

STIPULATED MOTION TO EXTEND
TIME TO ANSWER COMPLAINT
No. 2:24-cv-01139-RSM
- 3

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record by the method indicated:

| | |
|---|---|
| Noelle E Dwarzski, WSBA #40041<br>BARLOW COUGHRAN MORALES &<br>JOSEPHSON PS<br>1325 Fourth Ave Ste. 910<br>Seattle, WA 98101-2573<br>206-224-9900<br>Fax: 206-224-9820<br>Email: noelled@bcmjlaw.com | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification |

*Attorneys for Plaintiffs*

Dated this 6th day of September, 2024.

/s/ Rachel Leigh
Rachel Leigh, Legal Assistant

STIPULATED MOTION TO EXTEND
TIME TO ANSWER COMPLAINT
No. 2:24-cv-01139-RSM
- 4

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820